Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE GENERAL SUPPLY AND CONSTRUCTION COMPANY v. ROBERT GOELET and Others.— Motion granted. Present order. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. NORTHERN TERMINAL CORPORATION OF NEW YORK and Others.— Motion granted. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAXINE VAN BLARCOM v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York.— Motion denied and stay vacated. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

ROSE TRITSCHLER v. STEPHEN TRITSCHLER.— Motion granted, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

FRANCIS L. KOHLMAN, as Trustee, etc., v. S. PARKER BREMER and Others, Impleaded, etc.— Motion granted. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

JACQUES KIRSCH v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

FEUER HOLDING CORPORATION v. WILLIAM C. FRASER.— Motion granted. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

JOSEPH ROSEMAN v. TOBIAS SIEGAL.— Motion granted. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of FRANKLIN J. BISCHOFF, an Attorney.— Motion granted and Hon. Joseph E. Newburger, official referee, appointed new referee. Settle order on notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of ABRAHAM ABEL ENKLEWITZ, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

## SECOND DEPARTMENT, MARCH, 1924.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUGH P. ARTHUR and Others, as Fire Commissioners, etc., Respondents, v. HUNTINGTON WATER WORKS COMPANY, Appellant.

*Waterworks — peremptory mandamus granted to compel waterworks company to install hydrant in fire district on order of fire commissioners — fire commissioners have power under County Law, § 38, subdivision 3, to make order — powers of fire commissioners not limited to those enumerated in Town Law, § 317 — waterworks company bound to comply with order though contract with town has expired.*

Appeal from a peremptory mandamus order of the Supreme Court, made at the Kings Special Term and entered in the Suffolk county clerk's office October 23, 1923, directing defendant to install a fire hydrant.

Peremptory mandamus order unanimously affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Hagarty at Special Term. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

The following is the opinion of the court below: